# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ 2nd _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Velma Wilmot       JOINT DEBTOR: _____     CASE NO.: 14-20861-JKO

Last Four Digits of SS# ___4338___       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 2,044.46  for months __1__ to __19__ ;
- B. $ 1,939.31  for months __20__ to __24__ ;
- C. $ 1,823.81  for months __25__ to __60__ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $4,775.00 (Base $3,500.00+ MTV $750.00+MTM $500.00+Cost $25.00)

TOTAL PAID $1,769.00

Balance Due     $ 3,006.00   payable     $ 130.58 /month (Months _1_ to _19_ )

$ 105.00 /month (Months _20_ to _24_ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____     A rrearage on Petition Date  $_____

Address: _____     Arrears Payment     $_____ /month (Months _____ to _____ )

_____     Regular Payment     $_____ /month (Months _____ to _____ )

Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Federal National Mortgage Association POB 1047 Hartford, CT 06143-1047 Loan Number Ending 2101 | $157,000.00 6109 Rodman Street Hollywood, FL 33023 Investment real estate | 5.25 % | $1,672.21* $1,500.61* *As follows: Includes monthly property tax of $174.00 and monthly insurance of 200.00. | __1__ To __19__ __20__ To __60__ Balance to extend beyond plan for 123 months. | $93,297.03 Ba lance to extend beyond plan for 123 months. |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due $_____

Payable   $_____ /month (Months ___ to ___ ) Regular Payment $_____

Unsecured Creditors:  Pay $186.67 /month (Months _1_ to _19_ ).

$157.40 /month (Months _20_ to _60_ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/Velma Wilmot_____

Debtor                                        Joint Debtor

Date: 01/04/2016                        Date: _____

LF-31 (rev. 01/08/10)

1. Debtor will make payment directly outside of the plan to Camelot Holdings, LP for real property located at 110 Newton Rd  West Park, FL 33023.

2. Debtor surrenders all interest in real property located at 6224 Plunkett St., Hollywood, FL 33023 to Wells Fargo Home Mortgage for loan ending in 3564 for POC 9.

3. Debtor will treat Independent Savings Plan Co., directly outside of the plan for POC 1-1. An order avoiding the lien on 6224 Plunkett St., Hollywood, Florida 33023 was entered in the order approving sale.

4. Debtor will make no provision for Amerifirst Home Improvement Finance Co. because it has filed an unsecured claim and will not be provided for in the plan as a secured creditor. An ordered avoiding the lien on 6224 Plunkett St., Hollywood, Florida 33023 was entered in the order approving sale.

5. **Debtor will pay 100% of any recovery from the lawsuit filed to recover for property damage on investment real property to unsecured creditors above and beyond the amount presently provided for unsecured creditors in the plan to the extent there is any windfall.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/Velma Wilmot*
Debtor                                            Joint Debtor
Date: 01/04/2016                         Date:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/Velma Wilmot*
Debtor                                            Joint Debtor
Date: 01/04/2016                         Date:

LF-31 (rev. 01/08/10)