UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                                      Case No.: 14-20861-JKO
                                                              Chapter 13

**VELMA DRUMMOND WILMOT**

    Debtor.
_____/

NOTICE OF WITHDRAWAL OF
NOTICE OF MORTGAGE PAYMENT CHANGE

**BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR U.S. BANK TRUST, N.A., AS TRUSTEE OF BUNGALOW SERIES F TRUST** by and through undersigned counsel, hereby files its Notice of Withdrawal of Notice of Mortgage Payment Change as to Proof of Claim 10-1 filed on August 6, 2018.

**Dated:  August 15, 2018.**

                                                  Respectfully submitted,

                                                **GHIDOTTI | BERGER, LLP**
                                                *Attorneys for Secured Creditor*
                                                3050 Biscayne Blvd. - Suite 402
                                                Miami, Florida 33137
                                                Telephone: (305) 501.2808
                                                Facsimile: (954) 780.5578

                                                By:    /s/ Chase A. Berger
                                                      Chase A. Berger, Esq.
                                                      Florida Bar No. 083794
                                                      Email: cberger@ghidottiberger.com

*Case No.: 14-20861-JKO*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:     /s/ Chase A. Berger
            Chase A. Berger, Esq.


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Velma Drummond Wilmot**
6224 Plunkett Street
Hollywood, FL 33023

*Debtor's Counsel*
**Everett A. Smith, Esq.**
111 N. Pine Island Road #105
Plantation, FL 33324

*Trustee*
**Robin R. Weiner**
P.O. Box 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By:     /s/ Chase A. Berger
            Chase A. Berger, Esq.